IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AARON TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-cv-4422 |
| | ) | |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
| JOHN KILL, Star Number 13366, | ) | JUDGE MORAN |
| in his individual capacity, | ) | |
| ROBERT LOPEZ, Star Number 5256, | ) | MAGISTRATE JUDGE ASHMAN |
| in his individual capacity, | ) | |
| KEVIN ONEILL, Star Number 8954, | ) | |
| in his individual capacity, | ) | |
| JAMES SIMPSON JR, Star Number 10221, | ) | |
| in his individual capacity, | ) | |
| RYAN STAPLETON, Star Number 10963, in his individual capacity, | ) | |
| FLAVIO MOTA, Star Number 12300, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, Aaron Taylor, by and through his attorneys, DVORAK, TOPPEL & BARRIDO, LLC., and complaining of Defendants City of Chicago and Officer John Kill (Star No. 13366), Robert Lopez (Star No. 5256), Kevin O'Neill (Star No. 8954), James Simpson Jr (Star No. 10221), Ryan Stapleton (Star No. 10963), and Flavio Mota (12300), (hereinafter "the Defendant Officers "), states as follows:

**Jurisdiction/Venue**

1.  This incident occurred on or about October 16, 2006, in the City of Chicago,

Cook County, Illinois.

2. The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983, § 1988, the judicial code 28 U.S.C. § 1331 and § 1343(a); the Constitution of the United States, and pendent jurisdiction, as provided under U.S.C. § 1367(a).

### Parties

3. At all relevant times pertaining to this occurrence, Plaintiff was a resident of Chicago, Cook County, Illinois.

4. At the time of the occurrence, Defendant City of Chicago was a municipal corporation, and the principal employer of Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and Mota, who were acting under color of law and in the course and scope of their employment with the City of Chicago.

### Facts

5. On or about October 16, 2006, Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and Mota physically abused and otherwise used excessive force on the Plaintiff, and/or failed to intervene in Chicago police officers' use of excessive force on the Plaintiff, even though each of them had a reasonable opportunity to do so.

6. As a result of the actions of Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and Mota, the Plaintiff suffered pecuniary damage, humiliation, severe physical damage, as well as emotional distress.

### COUNT I – 42. U.S.C. § 1983 – Excessive Force/Failure to Intervene to Prevent the Use of Excessive Force – Plaintiff against Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and Mota

7. Plaintiff re-alleges paragraphs 1-6 and incorporates them herein as though stated in

full.

8. In taking the actions described above, Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and Mota willfully and wantonly used excessive force on the Plaintiff and/or failed to intervene to prevent the use of excessive force by Chicago police officers, even though each of them had the reasonable opportunity to do so, the proximate cause of which was the Plaintiff's damages, described more fully above.

WHEREFORE, Plaintiff demands compensatory damages against Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and Mota, plus punitive damages, the costs of this action as well as attorney's fees, and any other additional relief this Court deems equitable and just.

**COUNT II – State Law Battery Claim – Respondeat Superior – City of Chicago**

9. Plaintiff re-alleges paragraphs 1-6 and incorporates them herein as though stated in full.

10. In taking the actions described above, Defendant City of Chicago, through its agents and/or employees, acting within the scope and duty of their employment as City of Chicago police officers, willfully and wantonly battered the Plaintiff, the proximate cause of which was the Plaintiff's damages, described more fully above.

WHEREFORE, Plaintiff demands compensatory damages against Defendant City of Chicago, plus the costs of this action, and any other additional relief this Court deems equitable and just.

**COUNT III – Plaintiff against the City of Chicago (Indemnification)**

11. Plaintiff re-alleges paragraphs 1-6 and incorporates them herein as though stated in full.

3

12. Defendant City of Chicago is the indemnifying entity for the actions, described above, of Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and Mota, who took their actions while acting under color of law and in the course and scope of their employment with the City of Chicago.

WHEREFORE, should Defendants Kill, Lopez, O'Neill, Simpson, Stapleton, and/or Mota be found liable on one or more of the claims set forth above, Plaintiff demands that Defendant City of Chicago be found liable for any judgment (other than punitive damages) he obtains thereon.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

    Respectfully submitted,

    s/ Brian J. Barrido
    Brian J. Barrido,
    One of the Attorneys for the Plaintiff.

Brian J. Barrido
DVORAK, TOPPEL & BARRIDO, LLC.
Attorney No. 6274524
3859 West 26th Street
Chicago, Illinois 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)
brian_barrido@civilrightsdefenders.com